

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2024

No. 04-24-00202-CV

**IN RE** Allen **SPROUL,** Relator

Original Proceeding[1]

**ORDER**

On March 21, 2024, relator filed a petition for writ of mandamus. After considering the petition, the record, and the response, the court concludes relator has demonstrated that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is conditionally GRANTED. Respondent shall have fourteen days from the date of this order to vacate its rulings denying relator's plea to the jurisdiction and granting real party in interest's motion to compel. The writ of mandamus will issue only if the trial court fails to comply within fourteen days of the date of this opinion and order.

It is so **ORDERED** on June 20, 2024.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2024.

Luz Estrada, Chief Deputy Clerk

---

[1] This proceeding arises out of the 37th Judicial District Court of Bexar County, Texas, styled *Lorine Lagatta v. Allen Sproul*, the Honorable Nicole Garza presiding.